# United States District Court
## For The Western District of North Carolina
## Statesville Division

HASAN JAHLIL SHABAZZ,
AKA JOHN MCALLISTER,

    Plaintiff(s),

vs.

KEITH WHITENER; FNU CARVER;
ANTHONY NICHOLS,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV53-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2009, Order.

Signed: May 20, 2009

Frank G. Johns, Clerk
United States District Court